UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VANTAGE POINT TECHNOLOGY, INC.,

    Plaintiff(s),             No. C 14-4924 PJH

    v.                    **ORDER OF RECUSAL**

MICROSOFT CORPORATION,

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

    All pending dates of motions, pretrial conferences and trial are hereby vacated and will be reset by the newly assigned judge.

    IT IS SO ORDERED.

Dated: November 14, 2014

                                                        _____
                                                        PHYLLIS J. HAMILTON
                                                        United States District Judge