PAUL V. STORM
pvstorm@gardere.com
SARAH M. PAXSON
spaxson@gardere.com
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201
(214) 999-3000 Telephone
(214) 999-4667 Fax

*Attorneys for Plaintiff*
*Vantage Point Technology, Inc.*

ERIC S. WALTERS (State Bar No. 151933)
ericwalters@dwt.com
ERICA D. WILSON (State Bar No. 161386)
ericawilson@dwt.com
JOHN FREED (State Bar No. 261518)
jakefreed@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Fax: (415) 276-6599

*Attorneys for Defendant Microsoft Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VANTAGE POINT TECHNOLOGY, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　Defendant. | Case No. 5:14-cv-04924-EJD<br><br>**JOINT STIPULATION TO DISMISS** |

　　　　WHEREAS, Plaintiff Vantage Point Technology, Inc. and Defendant Microsoft Corporation have resolved Plaintiff's claims for relief against Defendant and Defendant's counterclaims for relief against Plaintiff asserted in this case.

　　　　NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

　　　　**IT IS SO STIPULATED.**

| | |
|---|---|
| March 16, 2015 | Respectfully submitted, |
| */s/ Paul V. Storm* | */s/ Eric S. Walters* |
| Paul V. Storm<br>Texas State Bar No. 19325350<br>Sarah M. Paxson<br>Texas State Bar No. 24032826<br>GARDERE WYNNE SEWELL LLP<br>1601 Elm Street, Suite 3000<br>Dallas, Texas  75201<br>(214) 999-3000<br>pvstorm@gardere.com<br>spaxson@gardere.com<br><br>***Attorneys for Vantage Point Technology, Inc.*** | ERIC S. WALTERS (State Bar No. 151933)<br>ericwalters@dwt.com<br>ERICA D. WILSON (State Bar No. 161386)<br>ericawilson@dwt.com<br>JOHN FREED (State Bar No. 261518)<br>jakefreed@dwt.com<br>DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, California 94111<br>Telephone: (415) 276-6500<br>Fax: (415) 276-6599<br><br>***Attorneys for Defendant Microsoft Corporation*** |

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was served via CM/ECF on counsel of record on March 16, 2015.

          */s/ Paul V. Storm*

## FILER'S ATTESTATION

I, Paul V. Storm, am the ECF User whose ID and password are being used to file this **JOINT STIPULATION TO DISMISS.**  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that counsel whose e-signature appears on the foregoing pages have concurred with this filing.

          */s/ Paul V. Storm*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| VANTAGE POINT TECHNOLOGY, INC.<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 5:14-cv-04924-EJD<br><br>[~~PROPOSED~~] ORDER |

### ORDER OF DISMISSAL

On this day, Plaintiff Vantage Point Technology, Inc. and Defendant Microsoft Corporation announced to the Court that they have resolved Plaintiff's claims for relief against Defendant asserted in this case and Defendant's claims, defenses and/or counterclaims for relief against Plaintiff asserted in this case. Plaintiff and Defendant have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's claims, defenses and/or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendant are dismissed with prejudice and Defendant's claims, defenses and/or counterclaims for relief against Plaintiff are dismissed without prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

The Clerk shall close this file.

Dated: 3/18/2015

_____
HONORABLE UNITED STATES DISTRICT JUDGE

3